UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| KASEY BROWN and KIMBERLY BROWN,  )<br>)<br>*Plaintiffs*,  )<br>)<br>v.  )<br>)<br>STATE FARM FIRE AND CASUALTY  )<br>COMPANY,  )<br>)<br>*Defendant*.  )<br>) | Case No. 1:14-cv-180<br><br>Judge Mattice |

## **ORDER**

Before the Court is the parties' "Order and Compromise of Dismissal." (Doc. 26). The parties have advised the Court that they have settled this matter in its entirety and now wish to dismiss all claims in this action with prejudice. (*Id.*).

Although the parties' submitted this filing as a "Notice" of Dismissal, they move the Court for an entry of an order dismissal. (S*ee id.*). Pursuant to the parties' representations, the Motion for a Court order of dismissal (Doc. 26) is hereby **GRANTED**, and this action is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(2).

**SO ORDERED** this 15th day of September, 2015.

*/s/ Harry S. Mattice, Jr.*
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE